IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE BRADLEY,

      Plaintiff,

v.

JO ANN BARNHART,

      Defendant.

No. C 05-00649 MJJ

**ORDER TO SHOW CAUSE**

     Pursuant to Civil Local Rule 16-5, Plaintiff must file a motion for summary judgment within thirty (30) days of receipt of Defendant's answer. Defendant filed her answer in this case on May 26, 2005. To date, Plaintiff has failed to file a motion for summary judgment. Plaintiff is hereby **ORDERED** to show cause in writing, by October 14, 2005, why no motion for summary judgment has been filed to date, and why any tardy filing should be considered at this point given the guidelines of the Local Rules, as well as the Court's Standing Order for civil cases. Failure to respond to this order shall result in the imposition of sanctions, which may include the dismissal of the case.

     **IT IS SO ORDERED.**

Dated: September_30__, 2005

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE